IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ELINOR HELMININACK and MARK HELMININACK,** | **CIVIL DIVISION** |
| Plaintiffs, | Civil Action No:  08-00573 |
| vs. | **THE HONORABLE NORA BARRY FISCHER** |
| **CHRISTOPHER M. RANIERI, P.A., CHRISTOPHER M. RANIERI,** individually, **UNITED STATES CREDIT AGENCY, LLC, DOUGLAS J. MacKINNON and MARK F. BOHN,** | *ELECTRONICALLY FILED* |
| Defendants. | |

## SUGGESTION OF BANKRUPTCY

AND NOW, come Defendant, United States Credit Agency, LLC, by and through its counsel, MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN and DANIELLE M. VUGRINOVICH, ESQUIRE, hereby submits this Suggestion of Bankruptcy in the above-referenced matter:

1. On or about November 6, 2008, First American Recovery Services, LLC, an affiliate of United States Credit Agency, LLC, filed a Voluntary Chapter 11 Petition in the United States Bankruptcy Court for the Western District of New York, bearing Bankruptcy case no. 08-14967.  *See*, a true and correct copy of the Bankruptcy Petition attached hereto as Exhibit "A."

2. Pursuant to 11 U.S.C. § 362 (a), the filing of a Bankruptcy Petition requires the automatic stay of all judicial proceedings involving the Bankruptcy Claimant.

3. Therefore, the above-captioned civil action is subject to the automatic stay provisions pursuant to 11 U.S.C. § 362 (a) et. seq.

WHEREFORE, Defendant, United States Credit Agency, LLC, respectfully requests that this action be stayed until further proceedings with the Bankruptcy Court.

        Respectfully submitted,

        MARSHALL, DENNEHEY, WARNER,
        COLEMAN & GOGGIN

Date: November 10, 2008    By:   s/ *Danielle M. Vugrinovich*
        Danielle M. Vugrinovich, Esquire
        PA ID #88326
        Counsel for Defendant,
        United States Credit Agency, LLC
        US Steel Tower, Suite 2900
        600 Grant Street
        Pittsburgh, PA  15219
        412-803-1185
        412-803-1188
        dmvugrinovich@mdwcg.com

12/714582.v1