IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ELINOR HELMININACK and MARK HELMININACK,** | **CIVIL DIVISION** |
| | Civil Action No: 08-00573 |
| **Plaintiffs,** | |
| vs. | **THE HONORABLE NORA BARRY FISCHER** |
| **CHRISTOPHER M. RANIERI, P.A., CHRISTOPHER M. RANIERI, individually, UNITED STATES CREDIT AGENCY, LLC, DOUGLAS J. MacKINNON and MARK F. BOHN,** | *ELECTRONICALLY FILED* |
| **Defendants.** | |

## ORDER OF COURT

AND NOW, this _____ of _____, 2008, upon consideration of United States Credit Agency, LLC's Suggestion of Bankruptcy, it is hereby ORDERED, ADJUDGED and DECREED that the above-captioned action is subject to an automatic stay pursuant to 11 U.S.C. § 362 (a), et seq., and all proceedings are hereby stayed during the pendency of the bankruptcy proceeding or until further Order of the Court.

BY THE COURT:

_____
THE HONORABLE NORA BARRY FISCHER