**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ELINOR HELMININACK and<br>MARK HELMININACK, | ) |
| | ) |
| | ) |
| Plaintiffs, | )  Civil Action No. 08-0573 |
| | )  Judge Nora Barry Fischer |
| vs. | ) |
| | ) |
| CHRISTOPHER M. RANIERI, P.A., | ) |
| CHRISTOPHER M. RANIERI, | ) |
| individually, and UNITED STATES CREDIT | ) |
| AGENCY, L.L.C., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

_____AND NOW, this 12th day of November, 2008, upon consideration of Defendant United States Credit Agency, L.L.C.'s Suggestion of Bankruptcy (Docket No. 22), it is hereby ORDERED, ADJUDGED, and DECREED that the above-captioned action is subject to an automatic stay pursuant to 11 U.S.C. § 362(a)(1), and all proceedings against Defendant United States Credit Agency, L.L.C. are hereby stayed during the pendency of the bankruptcy proceeding, filed in the United States Bankruptcy Court for the Western District of New York at Case No. 08-14967, or until further Order of this Court. *See Acands, Inc. v. Travelers Cas. & Sur. Co.*, 435 F.3d 252, 259 (3d Cir. 2006) (a stay mandated by section 362(a)(1) applies only to actions brought against the debtor and not against third parties).

*s/ Nora Barry Fischer*
Nora Barry Fischer
United States District Judge

CC/ECF:        All counsel of record.